Dear Honorable Judge Paul Gardephe

您好！首先祝福您以及您的家人圣诞快乐！也预祝新年快乐！我知道在美国这是两个很重大的节日，在此期间我不应该打扰您。但因为1月13日很快就要到了，有一件事我不得不请您帮我。

自从5月份我换律师之后，我一直很相信我的律师 Leonardo，我相信他会一直帮我，但直到最近我发现我可能错了。

因为自从9月份我没有接受那一份认罪协议之后，Leonardo 只来过一次MDC见我，上周有一次 legal call，都只是1个小时。我们需要翻译从中讲话，所以我们没有任何有效的沟通。

在9月份的时候我提出需要中文的资料（证据、起诉书），但直到今天我没有收到任何中文翻译，Leonardo 承诺会给我中文资料，但他没有做。其他关于我案件的沟通更是没有，之前我问过律师关于法律的条文，他都答应，但是没有给我法律条款的资料。

我很抱歉，也很不愿意在这个假期时间，同时又很临近审判日的时候才讲这些。原因是我一直相信律师，所以我一直等，直到今天连一份起诉书都没有中文版。我想我不能一味的等待。我从未经历过这些，也不懂美国的司法。我很害怕律师并没有准备好，我感到很无助，又不知道应该怎么办，所以请求您帮我，让律师帮我。

不论怎样我都很感谢您，再次祝您：身体健康！
祝福您的家庭美满幸福！

Wang Qingzhou

2024.12.22



NEW YORK NY 100
23 DEC 2024 PM 14 L

Honorable Judge Paul Gardephe
40 Foley Square
New York, New York 10007

10007-150233

Wang Qingzhou
10749506
MDC Brooklyn
P.O. Box 329001
Brooklyn, New York 11232

LEGAL MAIL