Honourable. Judge Paul Gardephe

您好！对于用中文写信给您带来阅读的不便我很抱歉，同时我真的不想打扰您，但我现在的处境使我别无选择，唯有请求您的帮助。

我想恳请您，请不要在1月13日开始我的Trial，因为我没有任何中文的证据，因此事实上我不能决定是否去陪审团Trial，去准备Defense，去call Defense witness，去辩论这个案子。

此外对于我的律师我感觉非常不好，因为 I have not reviewed the evidence with my lawyer，我问过几次我的律师，问他要中文的证据和起诉书，他虽然每次都答应，但是他什么也没有给我，所以我想让您知道，我的律师没有准备好去Trial。

Please，我希望您可以帮我推迟我的Trial时间，我想政府应该不会对此有意见，因为我在MDC中被监禁，当然，无论您是否同意，我都感谢您，谢谢！

请允许我祝福您和您的家人：

新年快乐！身体健康！

Wang Qingzhou

12.25.2024

Wang Qingzhou
10749506
MDC Brooklyn
P.O. Box 329001
Brooklyn, New York 11232

Honourable Judge Paul Gardephe
40 Foley Square
New York, New York 10007

LEGAL MAIL

NEW YORK NY 100
31 DEC 2024 PM 9 L

USM-AID SDNY



LEGAL MAIL