UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

QINGZHOU WANG,
   a/k/a "Bruce,"

and

YIYI CHEN,
   a/k/a "Chiron,"

                     Defendants.

S1 23 Cr. 302 (PGG)

**VERDICT**

**COUNT ONE: FENTANYL AND FENTANYL-RELATED SUBSTANCE CONSPIRACY**

1. How do you find as to Count One, conspiracy to manufacture, distribute, or possess with intent to distribute fentanyl or a fentanyl-related substance?

**QINGZHOU WANG**

    GUILTY _____    NOT GUILTY √

**YIYI CHEN**

    GUILTY _____    NOT GUILTY √

**(If you find a defendant guilty on Count One, proceed to Question 2. Otherwise, proceed to Question 4.)**

2. If you found a defendant guilty on Count One, did that defendant either have personal involvement with, or was it reasonably foreseeable to him or her that the conspiracy involved, the following amounts of controlled substances:

**QINGZHOU WANG**

    (a) <u>Fentanyl</u>

        (i) _____ 400 grams or more

        (ii) _____ at least 40 grams, but less than 400 grams

        (iii) _____ less than 40 grams

        (iv) _____ none

    (b) <u>Fentanyl-Related Substance</u>

        (i) _____ 100 grams or more

        (ii) _____ at least 10 grams, but less than 100 grams

        (iii) _____ less than 10 grams

        (iv) _____ none

**YIYI CHEN**

    (a) <u>Fentanyl</u>

        (i) _____ 400 grams or more

        (ii) _____ at least 40 grams, but less than 400 grams

        (iii) _____ less than 40 grams

        (iv) _____ none

    (b) <u>Fentanyl-Related Substance</u>

        (i) _____ 100 grams or more

        (ii) _____ at least 10 grams, but less than 100 grams

        (iii) _____ less than 10 grams

        (iv) _____ none

**(If you find a defendant guilty on Count One, <u>and</u> you find that the conspiracy charged in Count One involved a fentanyl-related substance, proceed to Question 3. Otherwise, proceed to Question 4.)**

    3. Is the fentanyl-related substance involved in the conspiracy charged in Count One an analogue of fentanyl?

    YES _____  NO _____

**COUNT TWO:  CONSPIRACY TO IMPORT 1-BOC-4-AP**

    4. How do you find as to Count Two, conspiracy to import 1-boc-4-AP?

**QINGZHOU WANG**

    GUILTY \_✓\_  NOT GUILTY _____

**YIYI CHEN**

    GUILTY \_✓\_  NOT GUILTY _____

**(If you find a defendant guilty on Count Two, proceed to Questions 5 and 6. Otherwise, proceed to Question 7.)**

    5. If you found a defendant guilty on Count Two, did that defendant intend that the 1-boc-4-AP be used to manufacture fentanyl?

**QINGZHOU WANG**

    YES _____  NO \_✓\_

**YIYI CHEN**

    YES _____  NO \_✓\_

    6. If you found a defendant guilty on Count Two, did that defendant know or have reasonable cause to believe that the 1-boc-4-AP would be used to manufacture fentanyl?

**QINGZHOU WANG**

    YES \_✓\_  NO _____

**YIYI CHEN**

    YES \_✓\_  NO _____

### COUNT THREE: IMPORTATION OF 1-BOC-4-AP

7. How do you find as to Count Three, manufacture and distribution of 1-boc-4-AP knowing, intending, or having reasonable cause to believe that it would be imported into the United States?

   GUILTY ✓    NOT GUILTY _____

**(If you find Defendant Wang guilty on Count Three, proceed to Questions 8 and 9. Otherwise, proceed to Question 10.)**

8. If you found Defendant Wang guilty on Count Three, did he import 1-boc-4-AP with the intent to manufacture fentanyl?

   YES _____    NO ✓

9. If you found Defendant Wang guilty on Count Three, did he import 1-boc-4-AP knowing or having reasonable cause to believe that it would be used to manufacture fentanyl?

   YES ✓    NO _____

### COUNT FOUR: IMPORTATION OF METHYLAMINE

10. How do you find as to Count Four, manufacture and distribution of methylamine intending, knowing, or having reasonable cause to believe that it would be imported into the United States?

    GUILTY ✓    NOT GUILTY _____

### COUNT FIVE: CONSPIRACY TO COMMIT MONEY LAUNDERING

11. How do you find as to Count Five, conspiracy to commit money laundering?

    **QINGZHOU WANG**

    GUILTY ✓    NOT GUILTY _____

    **YIYI CHEN**

    GUILTY ✓    NOT GUILTY _____

Please sign and date the form and tell the Marshal that the jury has reached a verdict.

Dated: January 29, 2025

_[signature]_
Signature of Foreperson

4